# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Duglas A.V.V.,

                      Petitioner,           **ORDER DISMISSING PETITION**

v.                                          **FOR WRIT OF HABEAS CORPUS**

Todd Blanche, Acting Attorney              Civil File No. 26-2701 (MJD/JFD)
General, et al.,

                      Respondents.

Craig S. Coleman, Faegre Drinker Biddle & Reath, LLP, Counsel for Petitioner.

David W. Fuller, Carl Berry, Assistant United States Attorneys, Counsel for Respondents.

On June 18, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately arrange for Petitioner's release from detention and to immediately return to Petitioner all his personal property that was taken when Petitioner was detained. [Doc. 8.] The same day, Respondents' counsel filed a status report informing the Court that Petitioner had been released from detention at 4:45 p.m. on June 18 with all personal property and that Petitioner's release was confirmed by Petitioner's counsel. [Doc. 9.]

Therefore, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Duglas A.V.V.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 23, 2026                    s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court

2